UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WENZHU YANG<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO.____________ |
| | § | |
| COSTCO WHOLESALE CORPORATION<br>Defendant. | §<br>§ | JURY TRIAL DEMANDED |

**PLAINTIFF'S ORIGINAL COMPLAINT**

COMES NOW, Plaintiff, WENZHU YANG complaining of and against COSTCO WHOLESALE CORPORATION, Defendant herein, and for cause of action, respectfully show the Court as follows:

**I. PARTIES**

1. Plaintiff, WENZHU YANG, is an individual and a citizen of the State of Texas, residing in Harris County, Texas.

2. Defendant, COSTCO WHOLESALE CORPORATION is a foreign for-profit corporation, authorized to do business in the State of Texas. Defendant may be served through its registered agent, CT Corporation System at 1999 Bryan St., Ste. 900, Dallas, Texas 75201.

**II. JURISDICTION AND VENUE**

3. The Court has jurisdiction over the lawsuit under 28 U.S.C. §1332(a)(1) because Plaintiff, WENZHU YANG and Defendant, COSTCO WHOLESALE CORPORATION are citizens of different U.S. states, and the amount in controversy exceeds $75,000.00, excluding interests and costs. The Plaintiff has a total of past medical expenses of $148,066.73 and there is complete diversity of citizenship between the parties.

4. Venue is proper in this District under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims occurred in this District.

**III. FACTUAL BACKGROUND**

5. At all times material hereto, Defendant COSTCO WHOLESALE CORPORATION was the owner of the Costco #1018 premises located at 3836 Richmond Ave, Houston, Texas 77027.

6. On or about May 13, 2024, WENZHU YANG was an invitee on property controlled by the Defendant, and was injured under the following circumstances:

While shopping in Costco Store #1018, Plaintiff encountered a puddle which had accumulated due to a leak. Plaintiff was not warned or notified of the dangerous condition. Due to lack of notice and inadequate warning, Plaintiff encountered puddle which caused her to fall and severely injure herself.

7. As a result of the incident, Plaintiff suffered bodily injuries.

**IV. CAUSE OF ACTION — PREMISES LIABILITY**

8. Plaintiff was a business invitee on the day of the incident and entered Defendant's premises for their mutual benefit.

9. Defendant owed a duty to Plaintiff, as an invitee, to exercise reasonable care to protect Plaintiff from dangerous conditions on the premises that Defendant knew or should have known about.

10. Defendant breached that duty by:

a. creating and failing to maintain an unsafe condition by failing to proper maintain store by allowing water to leak and build up in common areas of the store causing a hazard to all invitees and by failing to warn of hazardous conditions;

11. Defendant's breach proximately caused Plaintiff's injuries and damages.

## V. DAMAGES

12. Plaintiff realleges and incorporates by reference the preceding paragraphs as if fully set forth herein.

13. As a direct and proximate result of Defendant's negligence, Plaintiff WENZHU YANG suffered the following injuries and damages:

a. Monetary relief in an amount over $500,000.00.

b. Physical pain and mental anguish in the past and future.

b. Physical impairment in the past and future.

c. Medical expenses in the past and future.

## VI. JURY DEMAND

14. Plaintiff demands a trial by jury on all issues so triable.

## VII. PRAYER

For these reasons, Plaintiffs ask for judgment against defendants for the following:

a. Actual damages of $148,066.73

b. Prejudgment and post judgment interest;

c. Cost of suit;

d. All other relief the Court deems appropriate.

Respectfully submitted,

By: /s/ Joseph K. Plumbar
Joseph K Plumbar
Fed. Bar No.:1493814
Texas Bar No. 24062331
Email: joseph@plumbarlaw.com
1200 Rothwell Street
Houston, Texas 77002
Tel. 713.322.9271
Fax. 866.252.3048
Attorney for Plaintiff
WENZHU YANG